## HIGGINS v. FILLMORE COMMERCIAL & SAVINGS BANK.

No. 3925. Decided March 9, 1923. (213 Pac. 790.)

Appeal from District Court, Fifth District, Millard County; *Wm. F. Knox,* Judge.

Action by Charles G. Y. Higgins, as guardian ad litem of Clisby Benjamin Robison, a minor, against the Fillmore Commercial & Savings Bank. From an order dismissing the complaint, plaintiff appeals.

APPEAL DISMISSED.

*Higgins & Higgins,* of Fillmore, and *Willard Hanson,* of Salt Lake City, for appellant.

*Soule & Spalding,* of Salt Lake City, and *T. M. Ivory,* of Fillmore, for respondent.

PER CURIAM.

This is a companion case to *Robison* v. *Fillmore Commercial & Savings Bank,* 61 Utah 398, 213 Pac. 790, just decided. The record in this case shows orders in sustaining the demurrer and dismissing plaintiff's complaint which in all respects are similar to the orders in that case. A motion to dismiss this appeal has been interposed by respondent, based upon the same grounds as was the motion in the case above referred to. For the reasons stated in the opinion in that case, the motion to dismiss the appeal herein is granted.